IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cr165-8

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| MICHAEL SCOTT HENSLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** coming on to be heard and being heard before the undersigned, upon a motion made by defendant's counsel to continue the hearing of the motion made by the defendant requesting that the court set terms and conditions of pretrial release and it appearing to the court upon the Motion to Continue that good cause has been shown for the granting of said motion.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the Motion to Continue filed by the defendant is hereby **ALLOWED** and that this matter is set for hearing for October 16, 2006 at 10:30 a.m.

Signed: October 24, 2006

Dennis L. Howell
United States Magistrate Judge